

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

MBM/WES
F.#2008R00785

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 5, 2010

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**By Hand and ECF**

    Re:  United States v. Eliyahu Ezagui
         Criminal Docket No. 09-0185 (FB)

Dear Judge Block:

    The government respectfully submits this letter to inform the Court that it does not intend to introduce into evidence any decision of the rabbinical court.  The government may seek to introduce the decision of the New York State Supreme Court, which references the rabbinical court rulings, if the defendant's expert witness opines that the contracts at issue are not enforceable as a matter of law.

        Respectfully submitted,

        BENTON J. CAMPBELL
        United States Attorney

By:   /s/
    Melissa B. Marrus
    William E. Schaeffer
    Assistant U.S. Attorneys
    (718) 254-6790/6059

cc:  Clerk of the Court (FB) (by ECF)
    Susan Necheles, Esq. (by ECF)